**Order entered October 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01359-CV

### IN RE WAYNE ANSARA WILEY, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. W06-72304-U**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    MICHAEL J. O'NEILL
JUSTICE